**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-00768**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | AiyoAiyo Car Decor Store | 2 | BestBear Store |
| 3 | Cha-nel Store | 4 | CW Direct Sales Store |
| 5 | Day south valley MMA Store | 6 | Shop5055032 Store |
| 7 | 1992. Store | 8 | 3456 Store |
| 9 | 3-Color Design Men Store | 10 | Adventure department store Store |
| 11 | All-Discounts Store | 12 | Amoy Store |
| 13 | Brandcustomization02 Store | 14 | Brandcustomization033 Store |
| 15 | Brandcustomization04 Store | 16 | buqima Store |
| 17 | Casual men's Store | 18 | China1094125498 Store |
| 19 | DFLP TREND Store | 20 | Divine goddess Store |
| 21 | fei la Store | 22 | feng dou trading company Store |
| 23 | Fine Zero Official Store | 24 | Freesia4 Store |
| 25 | Friendship Shop Store | 26 | GaG Store |
| 27 | gsdew85 Store | 28 | hai ou Store |
| 29 | Handsome guy Store | 30 | HAT 12 Store |
| 31 | HGLORIA16 Store | 32 | Hu Chunhua Store |
| 33 | Hzearty Store | 34 | JingCao Store |
| 35 | JR2 Store | 36 | Junchi E-commerce shop Store |
| 37 | Kaijie trading company -2 Store | 38 | KIDS1WORLD Store |
| 39 | LYM Store | 40 | LyyyM Store |
| 41 | mellygirl Store | 42 | MI YA 999 Store |
| 43 | miao88 Store | 44 | mimihotcase51 Store |
| 45 | MINGHAOPerfectfast Store | 46 | MMA567 Store |
| 47 | Muscle Factory 2 Store | 48 | MUSCLE THREE OY16168 store Store |
| 49 | Muswanna store Store | 50 | nan0408 Store |
| 51 | NAYANG Store | 52 | omnitee Feng Store |
| 53 | OUZHOU Store | 54 | PENG FEI Store |
| 55 | ruthless Store | 56 | RWH25 Store |
| 57 | sen bao Store | 58 | ShiTshirt Store |
| 59 | Shop4789030 Store | 60 | Shop4925049 Store |
| 61 | Shop4933078 Store | 62 | Shop4937011 Store |
| 63 | Shop4996335 Store | 64 | Shop5001365 Store |
| 65 | Shop5005420 Store | 66 | Shop5027149 Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 67 | shop5042022 store | 68 | Shop5045356 Store |
| 69 | Shop5056122 Store | 70 | Shop5071490 Store |
| 71 | Shop5074206 Store | 72 | Shop5082425 Store |
| 73 | shop5102082 store | 74 | Shop5125008 Store |
| 75 | Shop5129140 Store | 76 | Shop5130102 Store |
| 77 | Shop5134105 Store | 78 | Shop5146014 Store |
| 79 | Shop5150037 Store | 80 | Shop5156067 Store |
| 81 | Shop5175023 Store | 82 | Shop5220008 Store |
| 83 | Shop5236019 Store | 84 | Shop5240260 Store |
| 85 | Shop5241059 Store | 86 | Shop5243032 Store |
| 87 | Shop5246191 Store | 88 | Shop5248143 Store |
| 89 | Shop5250156 Store | 90 | Shop5250204 Store |
| 91 | Shop5251047 Store | 92 | Shop5251203 Store |
| 93 | Shop5253065 Store | 94 | Shop5256149 Store |
| 95 | Shop5261301 Store | 96 | Shop5268012 Store |
| 97 | Shop5279032 Store | 98 | Shop5315010 Store |
| 99 | Shop5331006 Store | 100 | Shop5336019 Store |
| 101 | Shop5361082 Store | 102 | Shop5361296 Store |
| 103 | Shop5363186 Store | 104 | Shop5365211 Store |
| 105 | Shop5366098 Store | 106 | Shop5367190 Store |
| 107 | Shop5368089 Store | 108 | Shop5368149 Store |
| 109 | Shop5368205 Store | 110 | Shop5369211 Store |
| 111 | Shop5371140 Store | 112 | Shop5371268 Store |
| 113 | Shop5371323 Store | 114 | Shop5374158 Store |
| 115 | Shop5375059 Store | 116 | Shop5375207 Store |
| 117 | Shop5376255 Store | 118 | Shop5378210 Store |
| 119 | Shop5379262 Store | 120 | Shop5379270 Store |
| 121 | COUPTER | 122 | dsgd |
| 123 | FANwenfeng | 124 | fM.Webster |
| 125 | gui rong | 126 | Kucxzds |
| 127 | Lombard Store | 128 | OSMspace |
| 129 | SanHui® | 130 | TopNotchAccessories |
| 131 | UniversalSticker | 132 | WeTheFounders |
| 133 | yangyeqichexiao | 134 | YOURNELO |
| 135 | ysstyles | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/5074204 | 2 | aliexpress.com/store/5405018 |
| 3 | aliexpress.com/store/5049286 | 4 | aliexpress.com/store/4974066 |
| 5 | aliexpress.com/store/4830010 | 6 | aliexpress.com/store/5055032 |
| 7 | aliexpress.com/store/5146019 | 8 | aliexpress.com/store/5202028 |
| 9 | aliexpress.com/store/5246269 | 10 | aliexpress.com/store/4872012 |
| 11 | aliexpress.com/store/5246081 | 12 | aliexpress.com/store/5368051 |
| 13 | aliexpress.com/store/5116069 | 14 | aliexpress.com/store/5200025 |
| 15 | aliexpress.com/store/5247050 | 16 | aliexpress.com/store/5048047 |
| 17 | aliexpress.com/store/5250244 | 18 | aliexpress.com/store/4995177 |
| 19 | aliexpress.com/store/5255100 | 20 | aliexpress.com/store/4917013 |
| 21 | aliexpress.com/store/5261216 | 22 | aliexpress.com/store/4991113 |
| 23 | aliexpress.com/store/4931003 | 24 | aliexpress.com/store/5371262 |
| 25 | aliexpress.com/store/5072386 | 26 | aliexpress.com/store/5239167 |
| 27 | aliexpress.com/store/5384167 | 28 | aliexpress.com/store/5107018 |
| 29 | aliexpress.com/store/5260155 | 30 | aliexpress.com/store/4972060 |
| 31 | aliexpress.com/store/5062195 | 32 | aliexpress.com/store/5381312 |
| 33 | aliexpress.com/store/5065333 | 34 | aliexpress.com/store/5397031 |
| 35 | aliexpress.com/store/5251221 | 36 | aliexpress.com/store/5037022 |
| 37 | aliexpress.com/store/5007080 | 38 | aliexpress.com/store/5001032 |
| 39 | aliexpress.com/store/5037169 | 40 | aliexpress.com/store/5368129 |
| 41 | aliexpress.com/store/5048314 | 42 | aliexpress.com/store/5375074 |
| 43 | aliexpress.com/store/5009152 | 44 | aliexpress.com/store/4989388 |
| 45 | aliexpress.com/store/4925083 | 46 | aliexpress.com/store/5123124 |
| 47 | aliexpress.com/store/5065347 | 48 | aliexpress.com/store/5269007 |
| 49 | aliexpress.com/store/5250292 | 50 | aliexpress.com/store/5079220 |
| 51 | aliexpress.com/store/5376228 | 52 | aliexpress.com/store/5276034 |
| 53 | aliexpress.com/store/4997233 | 54 | aliexpress.com/store/5208016 |
| 55 | aliexpress.com/store/5361134 | 56 | aliexpress.com/store/5059154 |
| 57 | aliexpress.com/store/5240240 | 58 | aliexpress.com/store/5393075 |
| 59 | aliexpress.com/store/4789030 | 60 | aliexpress.com/store/4925049 |
| 61 | aliexpress.com/store/4933078 | 62 | aliexpress.com/store/4937011 |
| 63 | aliexpress.com/store/4996335 | 64 | aliexpress.com/store/5001365 |
| 65 | aliexpress.com/store/5005420 | 66 | aliexpress.com/store/5027149 |
| 67 | aliexpress.com/store/5042022 | 68 | aliexpress.com/store/5045356 |
| 69 | aliexpress.com/store/5056122 | 70 | aliexpress.com/store/5071490 |
| 71 | aliexpress.com/store/5074206 | 72 | aliexpress.com/store/5082425 |
| 73 | aliexpress.com/store/5102082 | 74 | aliexpress.com/store/5125008 |
| 75 | aliexpress.com/store/5129140 | 76 | aliexpress.com/store/5130102 |
| 77 | aliexpress.com/store/5134105 | 78 | aliexpress.com/store/5146014 |
| 79 | aliexpress.com/store/5150037 | 80 | aliexpress.com/store/5156067 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 81 | aliexpress.com/store/5175023 | 82 | aliexpress.com/store/5220008 |
| 83 | aliexpress.com/store/5236019 | 84 | aliexpress.com/store/5240260 |
| 85 | aliexpress.com/store/5241059 | 86 | aliexpress.com/store/5243032 |
| 87 | aliexpress.com/store/5246191 | 88 | aliexpress.com/store/5248143 |
| 89 | aliexpress.com/store/5250156 | 90 | aliexpress.com/store/5250204 |
| 91 | aliexpress.com/store/5251047 | 92 | aliexpress.com/store/5251203 |
| 93 | aliexpress.com/store/5253065 | 94 | aliexpress.com/store/5256149 |
| 95 | aliexpress.com/store/5261301 | 96 | aliexpress.com/store/5268012 |
| 97 | aliexpress.com/store/5279032 | 98 | aliexpress.com/store/5315010 |
| 99 | aliexpress.com/store/5331006 | 100 | aliexpress.com/store/5336019 |
| 101 | aliexpress.com/store/5361082 | 102 | aliexpress.com/store/5361296 |
| 103 | aliexpress.com/store/5363186 | 104 | aliexpress.com/store/5365211 |
| 105 | aliexpress.com/store/5366098 | 106 | aliexpress.com/store/5367190 |
| 107 | aliexpress.com/store/5368089 | 108 | aliexpress.com/store/5368149 |
| 109 | aliexpress.com/store/5368205 | 110 | aliexpress.com/store/5369211 |
| 111 | aliexpress.com/store/5371140 | 112 | aliexpress.com/store/5371268 |
| 113 | aliexpress.com/store/5371323 | 114 | aliexpress.com/store/5374158 |
| 115 | aliexpress.com/store/5375059 | 116 | aliexpress.com/store/5375207 |
| 117 | aliexpress.com/store/5376255 | 118 | aliexpress.com/store/5378210 |
| 119 | aliexpress.com/store/5379262 | 120 | aliexpress.com/store/5379270 |
| 121 | amazon.com/sp?seller=A1BW8HGWKU92X7 | 122 | amazon.com/sp?seller=A2WW0L09MMMR4W |
| 123 | amazon.com/sp?seller=A1B8L94UHCF6U7 | 124 | amazon.com/sp?seller=ACPAEBLODVGKZ |
| 125 | amazon.com/sp?seller=A3VU6FK9PQ82GX | 126 | amazon.com/sp?seller=A2EXXECHW4LPR0 |
| 127 | amazon.com/sp?seller=A3MXJ80GRDU41V | 128 | amazon.com/sp?seller=AUWEO0JLKTDBC |
| 129 | amazon.com/sp?seller=A2OHP1V552W8CE | 130 | amazon.com/sp?seller=A1PLO0ETZAJ62Q |
| 131 | amazon.com/sp?seller=AKVVIJTP8RQUB | 132 | amazon.com/sp?seller=A43LRML0CY875 |
| 133 | amazon.com/sp?seller=AR3QEZ050W4FW | 134 | amazon.com/sp?seller=A2C8LVYS1W028U |
| 135 | amazon.com/sp?seller=A3TXOT66Y81G1Y | | |